**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>DENISE M. HILIARD,<br><br>Defendant(s).<br>_____ / | No. 3:11-cv- 04401 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>[Cases Excluded under Civil L.R.16-7] |

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, a Case Management Conference will be held in this case before the Honorable Joseph C. Spero on **December 7, 2012, at 1:30 p.m.,** in Courtroom G, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by lead trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

IT IS FURTHER ORDERED pursuant to Civil L.R. 16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than seven (7) days before the Case Management Conference. If any party is proceeding without counsel, separate statements may be filed by each party. The Case Management Statement shall contain at least the following information:

(1) A brief description of the events underlying the lawsuit;

(2) A statement that all defendants (or third-party defendants, if any) have been served, or information about when the party plans to serve all remaining defendants;

    (3)    What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose.

In addition, the parties must be prepared to discuss knowledgeably with the Court at the Case Management Conference any of the other subjects listed in Fed.R.Civ.P. 16 or in Civil L.R. 16-14.

Dated: November 15, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge