IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATIONAL LOAN CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>DENISE M. HILLIARD,<br><br>    Defendant. | No. C-11-4401 MMC<br><br>**ORDER AFFORDING DEFENDANT OPPORTUNITY TO RESPOND TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

    Before the Court is plaintiff's Notice of Voluntary Dismissal, filed October 3, 2013, by which plaintiff gives notice he is dismissing his claims against defendants without prejudice.

    Pursuant to the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing notice of dismissal before a defendant has filed an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). Here, however, defendant has filed an answer. Consequently, in the absence of a stipulation signed by the defendant, see Fed. R. Civ. P. 41(a)(1)(A)(ii), the action may be dismissed "only by court order, on terms that the court considers proper," see Fed. R. Civ. P. 41(a)(2).

    In the interests of judicial economy, the Court will construe plaintiff's Notice of Voluntary Dismissal as a motion to dismiss his claims without prejudice, and will afford defendant an opportunity to respond thereto.

    Accordingly, defendant is hereby afforded leave to file, no later than October 18,

2013, any response to plaintiff's request to dismiss without prejudice. As of October 18, 2013, unless the parties are otherwise informed, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: October 4, 2013

MAXINE M. CHESNEY
United States District Judge