**IT IS SO ORDERED**
*Judge Maxine M. Chesney*

John D. Guerrini (190972)
THE GUERRINI LAW FIRM
106 South Mentor Ave • Suite 150
Pasadena, California 91106
Telephone: (626) 229-9611
Facsimile: (626) 229-9615
guerrini@guerrinilaw.com

Dated: October 21, 2013

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DENISE M. HILLIARD, <br><br> Defendant. | No. 3:11-CV-04401-MMC <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, HICA Education Loan Corporation ("Plaintiff"), files this Notice of Dismissal without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and would show the Court the following:

1. Plaintiff filed this suit seeking recovery of the amounts due and owing to it by the Defendant on account of one or more federally guaranteed student

Notice of Dismissal without Prejudice
Page 1 of 3

loans made pursuant to 42 U.S.C. §292/294 et seq. and the federal regulations set forth in 42 CFR Part 60 governing the administration of the Health Education Assistance Loan (HEAL) Program.

2. For reasons satisfactory to it, Plaintiff has determined that this matter should be dismissed without prejudice.

Wherefore, Plaintiff requests that this case be dismissed without prejudice, with costs taxed to the party incurring same.

DATED this 3rd day of October, 2013.

Respectfully submitted,

/s/ *John D. Guerrini*
John D. Guerrini
THE GUERRINI LAW FIRM
guerrini@guerrinilaw.com
Attorney for Plaintiff

Notice of Dismissal without Prejudice
Page 2 of 3